MICHAEL J. HIGGINS, Respondent, *v.* NEW YORK FLORISTS SUPPLY CO., INC., Appellant.

Argued June 7, 1937; decided July 13, 1937.

*H. H. Brown* and *E. C. Sherwood* for appellant.

*Arthur K. Wing* and *George S. Wing* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.